UNITED STATES DISTRICT COURT

FOR THE Southern District of West Virginia

FILED
AUG - 5 2003
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

Michael S. Swiger

    Pro-Se    Plaintiff,     *

                             *   CIVIL NO. 5:03-2042

V.                            *
                            *
                            *

Troy Williamson             *

    Defendant(s).    *


PETITION PURSUANT TO 28 U.S.C.
SECTION 1331


Violation Of Right To Due Process


PETITIONER FILED IN THIS HONORABLE COURT FOR THE

Southern District Court Of West Virginia


BY PLAINTIFF: Michael S. Swiger  # 03721-087

                  F.C.I. Beckley P.O. Box 350

                  Beaver, West Virginia

                        25813

1331 Form

FORM TO BE USED BY FEDERAL PRISONERS IN FILING A COMPLAINT
UNDER 28 U.S.C.§ 1331

In the United States District Court

For the Souther District of West Virginia

Michael S. Swiger

(Enter above the full name of the plaintiff or plaintiffs in this action)

Paul McDowell
James McCarty
Edward G. Hughes
Anna E. Massa
Michael Bettrous
Jessica Brovan
Michael Groom
Harley G. Lappin
Bureau of Prisions

v.

Troy Williamson

CAPT. Hucheson

James Childress

Shawn Laugh

(Enter the full name above of the defendant or defendants in this action).

I. Place of Present Confinement  F.C.I. Beckley

II. Previous Lawsuits

A. Have you begun other lawsuits dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes  X      No_____     A Writ of Mandamus to the Southern District Court of West Virginia, Filed Feb 6, 2003, no ruling has been made.

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).
Writ of Mandamus, for Immediate Release, False Imprisonment
Case #: 03-CV-100

-2-

III. In order to proceed in federal court you must ordinarily fully exhaust your administrative remedies as to each ground on which you request action by the federal court.

    A. Did you fully exhaust, including appeals, your administrative remedies pursuant to the Bureau of Prisons Policy Statement 1330.07?  Yes _x_  No ___

    B. If your answer to A is yes,

        1. What steps did you take?
        i filed a BP-8, BP-279402-R1, BP-279402-R1 Appeal
        10 #    11 #

        2. What was the result?
        A hearing was granted, within 30 days, by the region on Nov22,02. The hearing wasn't given to me until Mar. 28,03. I also filed to general counsil, They also granted a hearing according to the region's findings. The B.O.P

    C. If your answer to A is no, why not ? [didn't follow the region's finding. Be

IV. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

    A. Name of plaintiff  Michael S. Swiger

        P.O. Box 350 F.C.I. Beckley

        Beaver, West Virginia, 25813

( In Item B below, place the full name of the defendant in the first blank, his official position in the second blank. Use Item C for the names, positions, and place of employment of any additional defendants).

    B. Defendant Troy Williamson  is employed as Warden
    at F.C.I. Beckley, P.O. Box 350
Beaver, West Virginia, 25813.

    C. Additional Defendants Capt. Huchesson, Case Manager Shawn Laugh, Unit Manager James Childers, Lt. James McCarty, D.H.O. C. Kilgore, C.C.M. Anna Messa, C.C.R.A. Ed Hughs, Regional Director H.G. Lappin, M.C.A. Unit Director R.T.C.L. Michel Bettrouse, M.C.C.A C.D.C. Jessica Brovan, M.C.C.A Michel Groom.

-3-

V. Cause of Action

(List hereunder the different causes of action that are the grounds for the prosecution of this law suit.)

1. Failure of Staff of M.C.C. to follow Bureau Policies

2. Failure of Staff at F.C.I. Beckley to follow Bureau Policies under policy statement CFR28, 5770-07 B.O.P. program statements

3. Regional office of B.O.P., not inforcing there own finding towards community correction of America, and F.C.I. Beckley for relief in my behalf.

VI. Grounds for relief

(Hereunder set out the factual allegations that you consider as establishing a basis for your requested relief under the specific cause/s of action/s.) (If additional space is necessary. include as attachments.)

1. That C.C.M. Youngstown, Ohio, changed dates on documents after the fact to try and look as if they were inacting within the B.O.P. Policy Statement "time lines".
2. That staff at F.C.I. Beckley didn't follow B.O.P. Policy Statement time guidelines to enforce the process of incident report given to plantiff, my Due Process Rights were violated also!
3. That the Regional office didn't follow it's own findings in that they failed to enfor them, by allowing the staff at Beckley F.C.I. to deviate from the said findings th would have been in my favor in this matter
4. That the general counsil didn't act to compel the region, or F.C.I. Beckley to fo B.O.P. Policy in this matter, even after it found in my favor.

VII. Relief sought
(Hereunder itemize the specific relief you exect to obtain on the prosecution of this law suit.)

1. Immediate Release from incarceration.

2. Monentary compensation for time loss, illegal imprisonment, stress, loss of family anguish. Threats against plaintiffs freedom and privileges within the institution staff for the filing for relief against the staff.

Wherefore, your Plaintiff respectfully requests that this Honorable Court grant the within relief sought and any other relief that this Court deems just and proper.

-4-

Signed this July day of 31 , 2003.

Michael S Swiger

(Signature of plaintiff or plaintiffs)

Executed at F.C.I Beckley Beaver Roney

(Name of Institution, City, County)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Michael S Swiger   7-31-03

(Date)

Michael S Swiger

(Signature of plaintiff or plaintiffs) Michael S Swiger

-5-